An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD DAVID MORROW,
Appellant,
vs.
CONNIE BISBEE, CHAIRMAN AND
THE NEVADA BOARD OF PAROLE
COMMISSIONERS; JAMES G. COX,
DIRECTOR, AND THE NEVADA
DEPARTMENT OF CORRECTIONS;
AND THE STATE OF NEVADA,
Respondents.

No. 66710

**FILED**

JUL 23 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying in part and granting in part a petition for a writ of mandamus. Sixth Judicial District Court, Pershing County; Richard Wagner, Judge.

Having considered appellant's brief and the record, we conclude that the district court acted within its discretion in denying in part appellant's petition for mandamus relief, as appellant did not meet his burden of demonstrating that respondents failed to follow applicable laws in making parole determinations concerning appellant. NRS 34.160 (noting that a writ of mandamus may be issued to compel the performance of an act required by law); *Kay v. Nunez*, 122 Nev. 1100, 1105, 146 P.3d 801, 805 (2006) (reviewing a district court order denying a mandamus petition for an abuse of discretion); *see* NRS 213.1214 (requiring parole board to use a "currently accepted standard of assessment" in evaluating the risk of reoffending for certain offenses). We likewise conclude that the district court acted within its discretion by granting in part appellant's petition to the extent that it compelled respondents to provide appellant with copies of criminal history documents contained within his parole file,

15-22313

but nothing beyond that. *Kay,* 122 Nev. at 1105; 146 P.3d at 805. We have considered all other arguments made by appellant and conclude that they do not warrant reversal. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Richard Wagner, District Judge
       Richard David Morrow
       Attorney General/Carson City
       Pershing County Clerk